UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20566-CR-ZLOCH

DAVID DELGADO

    Petitioner,

vs.                                                **O R D E R**

LINDA MCGRAW, WARDEN,
FEDERAL DETENTION CENTER,
MIAMI, FLORIDA,

    Respondent.
_____/

    THIS MATTER is before the Court upon the Report and Recommendation (DE 280) filed herein by United States Magistrate Judge Patrick M. Hunt. No objections to said Report have been filed. The Court has conducted a *de novo* review of the entire record herein and is otherwise fully advised in the premises.

    In the instant Report (DE 280), Magistrate Judge Hunt recommends that Petitioner's 28 U.S.C. § 2241 Petition For Relief (DE 269) be dismissed. In his 28 U.S.C. § 2241 Petition For Relief (DE 269), Petitioner David Delgado asserts that newly discovered evidence establishes his actual innocence. However, as Magistrate Judge Hunt notes in his Report, the proper vehicle for Petitioner's challenge is a second or successive petition under 28 U.S.C. § 2255, not a petition under section 2241. A necessary prerequisite to filing a second or successive petition under section 2255 is obtaining certification from the court of appeals. 28 U.S.C. § 2255(h) (2014). Because Petitioner failed to obtain such a

certification, the Court lacks jurisdiction over the instant Petition.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Petitioner's 28 U.S.C. § 2241 Petition For Relief (DE 269), be and the same is hereby **DENIED**;

2. The Report and Recommendation (DE 280) filed herein by United States Magistrate Judge Patrick M. Hunt be and the same is hereby approved, adopted, and ratified by the Court;

3. Consistent with the terms set forth in Magistrate Judge Hunt's Report and Recommendation (DE 280), the instant Petition (DE 269) be and the same is hereby **DISMISSED**; and

4. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this    28th    day of September, 2015.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Patrick M. Hunt
United States Magistrate Judge

All Counsel of Record